IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD PAUL WILKINS, )
        Petitioner, )
            ) Civil Action No. 05-144 Erie
v. )
JAMES SHERMAN, )
        Respondent. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on May 13, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 7], filed on July 31, 2006, recommended that Petitioner's Petition be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 18th day of August, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED.

The Report and Recommendation [Doc. No. 7] of Magistrate Judge Baxter, filed on July 31, 2006, is adopted as the opinion of the Court.

                                            s/   Sean J. McLaughlin
                                                United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge